## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELORES BICKHAM | * | CIVIL ACTION NO. 10-253-JJB-DLD |
| | * | |
| PLAINTIFF | * | |
| VS. | * | |
| | * | |
| DUPLESSIS CADILLAC, INC. | * | |
| | * | |
| DEFENDANT | * | |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

NOW INTO COURT, through undersigned counsel, comes Delors Bickham, plaintiff herein, who having amicably resolved her claims against defendant, hereby dismisses her claims against Duplessis Cadillac, Inc. pursuant to Rule 41(a)(1)(i), with prejudice.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com